# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALEX SADLER,
Appellant,
vs.
BRIAN E. WILLIAMS, SR., WARDEN,
HIGH DESERT STATE PRISON; AND
JAMES DZURENDA, DIRECTOR,
NEVADA DEPARTMENT OF
CORRECTIONS,
Respondents.

No. 76308

**FILED**

JUL 24 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a district court order denying a post-conviction petition for a writ of habeas corpus or mandamus. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

Having considered the parties' arguments and the record, we are not persuaded that our decision in *Winkle v. Foster*, 127 Nev. 488, 269 P.3d 898 (2011), warrants reconsideration. Thus, based on *Winkle*, respondents correctly denied appellant's request to be placed in residential confinement because he was not within one year of parole eligibility. *Id.* at 493, 269 P.3d at 901. The district court, therefore, correctly denied appellant's writ petition wherein he sought an order directing such placement. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

19-31153

cc: Hon. Ronald J. Israel, District Judge
Las Vegas Defense Group, LLC
Attorney General/Las Vegas
Eighth District Court Clerk